

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00217-CV

| | | |
|---|---|---|
| PAUL HERCHMAN JR., DONNA HERCHMAN, AND PAUL HERCHMAN III, Appellants | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-293088-17) |
| | § | November 27, 2024 |
| V. | § | Memorandum Opinion by Justice Birdwell |
| BRITTNEY LEE, Appellee | § | Dissenting Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Paul Herchman Jr., Donna Herchman, and Paul Herchman III shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell